**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANITA NOELLE GREEN,

*Plaintiff-Appellant,*

v.

MISS UNITED STATES OF
AMERICA, LLC, DBA United States
of America Pageants, a Nevada limited
liability corporation,

*Defendant-Appellee.*

No. 21-35228

D.C. No.
3:19-cv-02048-
MO

ORDER

Filed March 14, 2023

Before:  Susan P. Graber, Carlos T. Bea, and Lawrence
VanDyke, Circuit Judges.

**ORDER**

A judge of this court *sua sponte* requested a vote on whether to rehear this case en banc.  A vote was taken, and the matter failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35(f).  Judges Forrest and H.A. Thomas did not participate in the deliberations or vote in this case.  Rehearing en banc is **DENIED**.